IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
LINDA P. NGUYEN,                   :   Case No. 19-10845-TPA
                                   :   Chapter 13
            *Debtors.*             :   Related to Doc. No. 17
                                   :   Hearing: October 14, 2020 at 12:30 P.M.

## ORDER

AND NOW, this **29**$^{th}$ day of **September, 2020**, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

(1)    The Conciliation Conference scheduled for October 6, 2020 at 2:30 P.M. with the Chapter 13 Trustee remains as scheduled but is converted to a Status Conference.

(2)    A status conference on the **Chapter 13 Plan** (Doc. 17) is scheduled for **October 14, 2020** at **12:30 P.M.** to be held by the **Zoom Video Conference Application.** The Parties must comply with Judge Agresti's **Amended Notice of Temporary Modification of Appearance Procedures**, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf

(3)    **Initializing Zoom Hearing:**    To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbling, at 814-464-9781.

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

Case Administrator to serve:
    Jeffrey Herman, Esq.
    Ronda Winnecour, Chapter 13 Trustee
    Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10845-TPA |
| Linda P. Nguyen | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 1 of 2 |
| Date Rcvd: Sep 29, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

**Recip ID        Recipient Name and Address**
db           +  Linda P. Nguyen, 470 Dale Dr., Erie, PA 16511-2202

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2020                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

**Name**                              **Email Address**

Brian Nicholas
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bnicholas@kmllawgroup.com

Jeffrey G. Herman
on behalf of Debtor Linda P. Nguyen JeffreyHerman@Live.com
sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com

Leon P. Haller
on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

District/off: 0315-1 User: nsha Page 2 of 2
Date Rcvd: Sep 29, 2020 Form ID: pdf900 Total Noticed: 1
TOTAL: 5