IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/16/20 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10845-TPA |
| Linda P. Nguyen | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 10/14/2020 |
| | : | Time: | 12:00 |

### PROCEEDING MEMO

**MATTER**       #17 Status Conf. on Plan dated 9/5/19

**APPEARANCES:**

Debtor: Jeffrey G. Herman
Trustee: Ronda Winnecour

**NOTES:**

Winnecour:       Doing well, include wage attachment remitting.

Herman:

**OUTCOME:**       No further Order needed

jlm