IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: : | Bankruptcy No. 19-10845 |
| LINDA P. NGUYEN : | Chapter 13 |
| Debtor : | |
| _____ : | |
| LINDA P. NGUYEN : | |
| Movant : | |
| v. : | |
| Pennsylvania Housing Finance Agency : | |
| Respondent : | |

## CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I served a copy of the **INTERIM MORTGAGE MODIFICATION ORDER** dated December 22, 2020 upon the parties at the addresses specified below

The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First-Class Mail and/or Electronically

    If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the hearing "Service by Electronic Notification," and those served by mail will be listed under the hearing "Service by First-Class, Mail.

**Service by Electronic Notification:**

Attorney  Leon P.  Haller, Esq.  for PHFA            Lhaller@PKH.com

Attorney Ronda J. Winnecour, Esq.            cmecf@chapter13trusteedpa.com
Chapter 13 Trustee

EXECUTED ON:  12-23-2020

           Respectfully Submitted,

S//   Jeffrey G. Herman
Jeffrey G. Herman, Esq. PA LIC #82001
HERMAN & HERMAN, LLC
114 High Street  PO Box 455
Waterford, PA 16441
PHONE  (814) 796-1987
FAX  (814) 796-0726
E-MAIL  JeffreyHerman@Live.com