Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Linda P. Nguyen** | : | Case No. 19−10845−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 28th of July, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-10845-TPA
Linda P. Nguyen     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 2
Date Rcvd: Jul 28, 2021     Form ID: 309     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda P. Nguyen, 470 Dale Dr., Erie, PA 16511-2202 |
| 15109156 | + | Leon P. Haller, Esq., Jill M. Wineka, Esq., 1719 N. Front Street, Harrisburg, PA 17102-2305 |
| 15109157 | + | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15150224 | + | U.S. Bank, National Association, Trustee for, Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15112246 | + | US Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15109165 | + | Wakefield & Associates, 612 Gay St, Knoxville, TN 37902-1603 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jul 29 2021 03:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: blegal@phfa.org | Jul 28 2021 23:10:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15109155 | + | EDI: DISCOVER.COM | Jul 29 2021 03:13:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15109153 | + | EDI: IRS.COM | Jul 29 2021 03:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15109159 | | EDI: PRA.COM | Jul 29 2021 03:13:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 15109160 | | EDI: PRA.COM | Jul 29 2021 03:13:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 15109158 | + | Email/Text: blegal@phfa.org | Jul 28 2021 23:10:00 | Pa Housing Finance Agency, Po Box 8029, Harrisburg, PA 17105-8029 |
| 15109154 | + | EDI: PENNDEPTREV | Jul 29 2021 03:13:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0001 |
| 15109154 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2021 23:09:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0001 |
| 15109161 | + | EDI: Q3G.COM | Jul 29 2021 03:13:00 | QUANTUM3 GROUP LLC AGNT-CREDIT CORP SOL, PO Box 788, Kirkland, WA 98083-0788 |
| 15109848 | + | EDI: RMSC.COM | Jul 29 2021 03:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15109163 | + | Email/Text: bncmail@w-legal.com | Jul 28 2021 23:10:00 | TD Bank USA, C/O WEINSTEIN & RILEY, PO BOX 3978, Seattle, WA 98124-3978 |
| 15109162 | + | EDI: WTRRNBANK.COM | Jul 29 2021 03:13:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 15142042 | | EDI: AIS.COM | Jul 29 2021 03:13:00 | Verizon, by American InfoSource as agent, PO |

Case 19-10845-TPA    Doc 59    Filed 07/30/21    Entered 07/31/21 00:33:04    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-1 | User: jmar | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 309 | Total Noticed: 20 |

| 15109164 | Email/Text: bankruptcytn@wakeassoc.com | Box 4457, Houston, TX 77210-4457 |
| | Jul 28 2021 23:09:00 | Wakefield & Associates, Attn: Bankruptcy, Po Box 50250, Knoxville, TN 37950 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK NATIONAL ASSOCIATION, (Trustee for the P |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021             Signature:             /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bnicholas@kmllawgroup.com |
| Jeffrey G. Herman | on behalf of Debtor Linda P. Nguyen JeffreyHerman@Live.com sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com |
| Leon P. Haller | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6